UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Jay Powers

    v.                               Case No. 21-cv-775-SE

Community Resources for Justice, Inc.

ORDER

After due consideration of the objection filed (doc. no. 14), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 28, 2022 (doc. no. 13).  For the reasons explained therein, Mr. Powers's case is **DISMISSED** for failure to state a claim upon which relief can be granted. The clerk's office is directed to enter judgment and close the case.

_____
Samantha D. Elliott
United States District Judge

Date: February 18, 2022

cc: John Jay Powers, pro se